**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1806**

_____

EUGENE GRAY,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

MEDICAL COLLEGE OF VIRGINIA; JOEL SILVERMAN, Doctor, in his individual and official capacity,

Defendants.

_____

**No. 00-2216**

_____

EUGENE GRAY,

Plaintiff - Appellant,

versus

U. S. DEFENSE COMMISSARY AGENCY; WILLIAM S. COHEN, Secretary, Department of Defense,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-99-255-3, CA-99-838-3)

Submitted:  October 31, 2001          Decided:  January 18, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Beverly D. Crawford, Richmond, Virginia, for Appellant.  Kenneth E. Melson, United States Attorney, Joan E. Evans, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Gray appeals from the district court's orders dismissing his employment discrimination and related civil claims. Our review of the record, the parties' briefs, and the opinions of the district court discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Gray v. Cohen, No. CA-99-255-3; Gray v. United States Defense Commissary Agency, No. CA-99-838-3 (E.D. Va. Apr. 21, 2001 & July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED